Date: 06/08/11

**DIVIDENDS REMITTED TO THE COURT**
Check Number 1008 Dated 06/08/11
Case Number 10-32213 - FOX, HERLI JO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Jacksonville Electric Authority<br>Attn: Revenue Cycle Services<br>21 West Church Street-cc-3<br>Jacksonville FL 32202 | 000005 | 203.26 | 2.76 |
| ---------- Remittance Total ---------- | | 203.26 | 2.76 |

CHARLES W. RIES, Trustee

